# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BYRON MARTIN**
**#307520**                                                    **PLAINTIFF**

v.                       No. 3:19-cv-366-DPM-JJV

**JOHN DOES, Unknown Jailers,**
**Craighead County Jail**                                      **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 4. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martin's official capacity claims are dismissed without prejudice for failure to state a claim. He may proceed with his individual capacity claims about inadequate medical care and excessive force.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2020