IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BYRON MARTIN
#307520                                                              PLAINTIFF

v.                          No: 3:19-cv-366-DPM

JOHN DOES, Unknown Jailers,
Craighead County Jail                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Martin hasn't provided the name of at least one Doe defendant so that service can be attempted; and the time to do so has expired. *Doc. 6.* His complaint will therefore be dismissed without prejudice for lack of service. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 April 2020