IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BYRON MARTIN
#307520                                                            PLAINTIFF

v.                        No: 3:19-cv-366-DPM

JOHN DOES, Unknown Jailers,
Craighead County Jail                                              DEFENDANTS

## JUDGMENT

Martin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2020